# COMPLAINT FORM

(for filers who are prisoners without lawyers)

(revised 4/19/2022)

**FILED**

01/26/2023

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

(Full name of plaintiff(s))

Jeffrey Chaney

vs

(Full name of defendant(s))

Officer Keoble

Case Number:

1:23-cv-00152-JRS-MKK

(To be supplied by clerk of court)

A. PARTIES:

1. Plaintiff is a citizen of __Indiana__, and is located at
   (State)

   __4490 West Reformatory Road Pendleton IN 46064__
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant __Corrections Officer Keoble__
   (Name)

is (if a person or private corporation) a citizen of __Indiana__
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __Pendleton Correctional Facility 4490 West Reformatory Road Pendleton IN 46064__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

I came to Segregation on June 14th on June 14th I informed Case Worker goodnite that I am in the middle of legal proceedings and I have a deadline coming up in July 2022 he gave me some request slips and told me to write Keoble due to him being the designated property officer for G Cellhouse I wrote him a total of 5 times from June 2022 to July 2022 asking for my legal work I even spoke to Keoble 3 times while in the showers which he ignored me and didnt answer one single request. Now I have

my case workers Signature on a Written Statement Stating that he not only turned in the requests he also emailed and talked to Keoble who just blew off my requests due to him getting a new position soon but at this time he was the property officer and had access to my Legal Work I filed a grievance in July and had my counsler sign copy and send it to the grievance Specialist but at that time there was no grievance Specialist and Some how my grievance was never filed I wrote the grievance Specialist in aug asking about my grievance yet in Sept I recieved a request back Stating that they couldnt find it I then resent the copy w/ my case worker Signature Stating that he (my caseworker) did turn it in to the grievance office or where it goes. I asked that how is it my fault that my grievance wasnt recieved when I filled it out in the alotted time and then turned it in to my counseler who in turn turned it in. Because of all of this my legal case was dismissed w/out predjudice and this was my last chance on a PCR. I also wrote the Luitenent Pfleger who sent that request to the

PENDLETON CORRECTIONAL FACILITY
Pendleton, Indiana           State Form 8532

DOC No._____
NAME:_____
_____ 20____

## Complaints for Damages continued

Property officer who in turn (the property officer Keoble) waited till he left his position and never even sent it back to me. The new property officer Bishop finally answered my request and gave me my legal work but that was a month later. Keoble had ample time and a plethora of warnings that my dead line was approaching yet failed to perform his job duties and get my Legal mail to me which violated my Constitutional Rights and Due process. I had my caseworker and LT contact him in that time period yet he never once acted because he was leaving that position in 30 days. For this I am suing for Deliberate Indifference, Negligance, a 14th amendment violation and stopping me from Due process.

If Defendant would've acted accordingly I would've been able to send my document to the court and keep my case open. I was in the middle of my PCR on a 73 year conviction. I have multiple requests signed by witness's stating that they and I did in fact turn in this paperwork.

I understand that Keoble was waiting on his new position but he still was responsible for his position at this time

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.
   OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

$50,000.00 in Compensatory Damages and $25,000.00 in Punitive Damages for a total of $75,000.00 in Damages to Deter the defendant from same actions in the future.

E. JURY DEMAND

☑ Jury Demand - I want a jury to hear my case
   OR

☐ Court Trial - I want a judge to hear my case

Dated this __24__ day of __Jan__ 20 __23__.

Respectfully Submitted,

_____
Signature of Plaintiff

__144859__
Plaintiff's Prisoner ID Number

_____

_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F. OPTIONAL CERTIFICATION

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_____ Signature of Plaintiff

REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑ I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

D-6 (revised 4/20/2022)                    Complaint - 5

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.