UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JEFFREY CHANEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:23-cv-00152-MPB-MKK |
| ) | |
| KEOBLE, ) | |
| ) | |
| Defendant. ) | |

**Final Judgment**

The Court now enters final judgment. This action is **dismissed** for failure to state a claim upon which relief may be granted.

Date: April 10, 2023

*Matthew P. Brookman, Judge*
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: *Tricia M. Blanford*
Deputy Clerk, U.S. District Court

Distribution:

JEFFREY CHANEY
144859
PENDLETON - CF
PENDLETON CORRECTIONAL FACILITY
Electronic Service Participant – Court Only